13 So.2d 898

**William Harrison (alias Bo) HOLLIS v. STATE.**

4 Div. 766.

Court of Appeals of Alabama.
April 6, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.

12 So.2d 872

**Ray HORSELEY v. STATE.**

6 Div. 948.

Court of Appeals of Alabama.
Jan. 19, 1943.

Rehearing Denied Feb. 2, 1943.

R. G. Kelton, of Oneonta, and Rains & Rains, of Gadsden, for appellant.

Wm. N. McQueen, Acting Atty. Gen., and John J. Haynes, Asst. Atty. Gen., for the State.

RICE, Judge.
Affirmed.

20 So.2d 893

**Edward HOUSE v. STATE.**

6 Div. 154.

Court of Appeals of Alabama.
Jan. 9, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

20 So.2d 893

**Earl (alias Early) HOWARD v. STATE.**

6 Div. 134.

Court of Appeals of Alabama.
Dec. 19, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.

18 So.2d 117

**James HOWARD v. STATE.**

4 Div. 835.

Court of Appeals of Alabama.
April 11, 1944.

Willis L. McIlwain, of Union Springs, for appellant.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.

20 So.2d 893

**Augustus (alias Augustas, alias Augusta) HUBBARD v. STATE.**

6 Div. 123.

Court of Appeals of Alabama.
Dec. 19, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.